

**Ministerio Público**
Unidad Fiscal N° 20

Lawsuit Nª 7358/14 "José María González Araujo a/ breach of trust" S.C.

Note N°…………
Asunción, May…….2016

**Mr.**
**Director of International Affairs and Legal Assistance in Criminal Matters of the Public Prosecutor´s Office**
**Present**

Teresa Sosa Laconich, Prosecutor Attorney in Criminal Matters of the unit Nª 20, located on the 5th floor of the building at the headquarters of the Public Prosecutor´s Office, on the street Nuestra Señora de la Asunción c/ Haedo, has the pleasure of addressing You, in your faculty of Central Authority of the proceeding of the applications of Legal Assistance, posed in the context of the **"Inter-American Convention of Mutual Assistance in Criminal Matters"** held in Nassau, Bahamas, in 1992, valid between our country and the United States of America, in order to request, as a matter of UTMOST URGENCY, to grant the relevant paperwork of the attached requirement before the relevant authorities in the United States of America. --------------------------------------------------

The object of the cooperation application is related to the investigation tasks performed in the prosecution file N° 7358/14, designated as **"José Maria González Araujo w/ breach of trust."**------

Having nothing further to add, I take this opportunity to greet you with your highest consideration.

Bianca Pirovano
**Lic. Bianca Pirovano**
Traductora Pública
Mat. N° 1183

Presentado y Puesto en la Unidad Penal N° 20 hoy 24 del mes junio del año dos mil 2016 siendo las 12:00 horas. Conste.

Rossana C. Galeano
Asistente
Ministerio Público



**Ministerio Público**
Unidad Fiscal N° 20

Lawsuit Nª 7358/14 "José María González Araujo a/ breach of trust" S.C.

Objective: Formulate requirement of International Legal Assistance in Criminal Matters

Lawyer Teresa Sosa Laconich, Prosecutor Attorney in Criminal Matters of the unit N° 20, of the Public Prosecutor´s Office, addresses the Competent Authorities in the United States of America, with the object to request your good offices and international legal cooperation in criminal matters within the framework of the investigations conducted by this Prosecution Unit, in the prosecution file N° 7358/14, designated as "José María González Araujo w/ breach of trust.". ----------

Thereon, detailed information relevant to the investigated cause is revealed down below.

## REPORT OF THE FACTS

The Public Prosecutor´s Office of the Republic of Paraguay, through the activity developed by this Prosecution Representation, finds itself investigating the alleged commission of the punishable act of Breach of Trust, typified and punishable in the Art. 195 of the Law N°: 1160/97 – Criminal Code -----------------------------------------------------------------------------------------------------------

The complaint refers that Mr. Dario Verón, in his capacity of professional soccer player, entered into a CONTRACT OF SPORT AND ECONOMIC RIGHTS ASSIGNMENT with the Club Universidad Nacional A.C., assisted by the company J Y A S.R.L (L.L.C.). (Limited Liability Company) represented by Mr. José Maria González, on the date February 5th, 2009, subscript in the city of Asunción. -------------------------------------------------------------------------------------------------------

The accused, Mr. José Maria González, represented Mr. Dario Verón, in virtue of a sport mediation contract signed on the date July 6th, 2008, with a validity period of 24 months, for the period of July 8th, 2008 and July 5th, 2010, in which its fourth clause establishes additional provisions, which are part of the said mediation contract, signed as well on July 6th, 2008 and which in its Second and Third clauses establishes the specific tasks that the accused Mr. González could perform, among them to negotiate all the clauses in his employment contracts and to guarantee the social, legal and financial interests of Mr. Verón, in his capacity of soccer player. ------------------------

In such context, in the aforementioned CONTRACT OF SPORT AND ECONOMIC RIGHTS ASSIGNMENT, the Second Clause was established, in which the Club Universidad Nacional A.C. of Mexico will deposit the amount of US 1.520.533 (American dollars) for the acquisition of the rights of the soccer player, in instalments, according to a payment schedule, been the last date of the same the month of January of 2011, in Mr. Gonzalez´s account, who in turn would give it to Mr. Verón. -----

Mr. José Maria González, in virtue of the Sport Mediation Contracts, of Additional Provisions to the Sport Mediation Contracts and the Assistance in the aforementioned Contract of Sport and Economic Rights Assignment, assumed the obligation to protect the relevant asset interests of Mr. Dario Verón, specifically in regards to the reception of the amount for the acquisition of the player´s rights by the soccer club, that consisted in the amount of $ 1.520.533 (American dollars), in installments, to then be delivered to Mr. Verón, soccer player, his client, which he failed to do in its totality, causing then, within his assignment of assistance, an asset damage. -------------------------------

*Biancapirovano*
**Lic. Bianca Pirovano**
Traductora Pública
Mat. N° 1183


Ministerio Público
Unidad Fiscal N° 20

Lawsuit N° 7358/14 "José María González Araujo a/ breach of trust" S.C.

## DESCRIPTION OF THE REQUESTED ASSISTANCE MEASURES AND ITS MOTIVES

Therefore, the collaboration of the competent authorities of the United States is required, to the effect of making the ensuing proceedings: ------------------------------------------------------------------

1. Requirement to Wachovia National Bank, New York, USA, ▇▇▇▇▇▇▇▇ in order to inform regarding: ------------------------------------------------------------------

   1.1. If Mr. José Maria González, with Paraguayan civil identity document N° ▇▇▇▇▇▇▇▇, is the holder of a bank account. If so, be able to submit a copy of his extract, corresponding to the period between July 6th, 2008 and October 25th, 2012 and inform if Mr. José María González authorized money orders to bank accounts that belong to him, indicating the amounts, dates of each transaction, bank accounts and the name of the banks to where they were destined. ------------------------------------------------------------------

   1.2. Inform if Mr. José Maria González deposited, made money orders or authorized payment orders in favor of the beneficiary, Mr. Dario Anastacio Verón Maldonado, with Paraguayan civil identity document N° ▇▇▇▇▇▇▇▇, corresponding to the period between July 6th, 2008 and October 25th, 2012, indicating the amounts, dates of each transaction, bank accounts and the name of the banks to where they were destined. –

   1.3. Inform if Mr. José Maria González authorized money transfers to the bank account N° ▇▇▇▇▇▇▇▇, in charge of Banco Itaú Paraguay S.A., corresponding to the period between July 6th, 2008 and October 25th, 2012, indicating the amounts and dates of each transaction. ------------------------------------------------------------------

### LINK OF COINCIDENCE BETWEEN THE INVESTIGATED EVENTS AND THE ASSISTANCE REQUEST

The diligence whose implementation is required through the present assistance request will allow to determinate the amount of money earned by Mr. Dario Verón and based upon that information, calculate the amount of money that corresponds to Mr. José Maria González in concept of fees, all of it related to the Sport Mediation Contracts and Additional Provisions celebrated in the month of July 2008, between Mr. Verón and Mr. González and the CONTRACT OF SPORT AND ECONOMIC RIGHTS ASSIGNMENT celebrated by Mr. Verón and the club on February 5th, 2009. The aforementioned information will allow to determinate the existence or not of asset damage that Mr. José Maria González could have caused with his behavior to Mr. Dario Anastacio Verón.

### TYPE CRIMINAL IMPUTABLE

The preliminary qualification of the unlawful conduct attributed to Mr. José Maria González Araujo could be subsumed inside the legal description provided in the articles 192 (Breach of Trust) of the Paraguayan Criminal Code. Law N° 1160/97. ------------------------------------------------------------------

**Article 192: Breach of Trust.** 1ª Everyone who, based on a law, administrative resolution or contract, has made a commitment to protect the proprietary interest relevant to a third party and has caused or did not avoid, inside the scope of protection that he/she was trusted upon, material damage, will be punished by deprivation of liberty for a period up to five years or with a fine.

2ª In the especially severe cases the penalty of deprivation of liberty can be increased up to ten years.

*BiancaPirovano*
**Lic. Bianca Pirovano**
Traductora Pública
Mat. N° 1183


Ministerio Público
Unidad Fiscal N° 20

Lawsuit N° 7358/14 "José María González Araujo a/ breach of trust" S.C.

## APLICABLE LEGISLATION

The present requirement is based upon the established precepts at the Inter-American Convention of Mutual Assistance in Criminal Matters, held in Nassau, Bahamas, in 1992, valid between our country and the United States of America, which stablishes in its Art 1ª that the States Parties shall render to one another mutual assistance in criminal matters, in accordance with the dispositions of said Convention. Equally, article 4ª of the Convention stablishes that: "In view of the diversity of the legal systems of the States parties, the assistance to which this convention refers shall be based upon requests for cooperation from the authorities responsible for criminal investigation or prosecution in the requesting state." ------

## COMPETENT AUTHORITIES FOR THE ASSISTANCE APPLICATION

The National Constitution establishes in its Art. 266 that: "From the Public Prosecutor's Office. Of the composition and the functions. The Public Prosecutor's Office represents society to the jurisdictional bodies of the Estate, enjoying functional and administrative autonomy in the fulfillment of its duties and attributions. It is exercised by the Attorney General and the assistant prosecutors, in a manner determined by the law." ------

Equally, the cited legal body establishes in its Art. 268 that: "Of the Duties and Attributions. Duties and attributions from the Public Prosecutor's Office are: 1) to ably for the respect of the rights and the constitutional guarantees. 2) to promote public penal action to defend the public and social patrimony, the environment and other diffuse interests, as well as the rights of the indigenous people. 3) exercise penal action in the cases in which, in order to start it or to pursue it, request of the party is not necessary, without prejudice that the judge or court proceeds, when determined by the Law. 4) gather information about the public officials for a better enforcement of their functions. 5) the other duties and attributions provided by the Law." ------

At the same time, the Criminal Procedure Code of the Republic of Paraguay, Law N° 1286/98, ESTABLISHES IN ITS Art. 18 as follows: "**LEGALITY**. The Public Prosecutor's Office will be obliged to promote the public penal action of the criminal offenses that come to their knowledge. Likewise Article 52 of the same body of law expresses **"DUTIES.** It corresponds to the Public Prosecutor's Office, through the district attorneys, appointees and subsidiary bodies, to direct the investigation of offences and promote the public criminal proceedings. With this purpose all necessary acts to prepare the indictment and participate in the proceedings will be carried out, over the provisions provided under this code and its organic law. It directs investigations of punishable crimes, promotes public action and is in charge of the functional oversight of the staff and divisions of the National Police, as they are assigned to the investigation of certain offenses." ------

In the same context, Article 53 of the Code establishes. **"BURDEN OF PROOF"** The burden of proof shall correspond to the Public Prosecutor's Office who must prove in the oral and public trial the facts underlying its indictments. ------

Finally, Article 56 of the Criminal Procedure Code orders: **"COERCIVE AND INVESTIGATION POWER."** The Public Prosecutor's Office disposes the powers and attributions that this code grants and those who establish its organic Law or the special Laws. In no case it will assume jurisdictional functions." ------

*Bianca Pirovano* (signature)
**Lic. Bianca Pirovano**
Traductora Pública
Mat. N° 1183


Ministerio Público
Unidad Fiscal N° 20

Lawsuit Nª 7358/14 "José María González Araujo a/ breach of trust" S.C.

## CONTACT DETAILS

– Lawyer Teresa Sosa Laconich, Prosecutor Attorney in Criminal Matters of the unit N° 20. Address: ▮▮▮ Paraguay. Phone/Fax N° ▮▮▮ intern ▮▮▮ Email: ▮▮▮
Department of International Affairs and External Legal Assistance. Address: Chile e/ Jejui e Ygatimi, Asunción-Paraguay. Phone/Fax: ▮▮▮

Fiscal Requirement N°...

Asunción, May…….2016

*Bianca Pirovano*
**Lic. Bianca Pirovano**
Traductora Pública
Mat. N° 1183