UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-mc-24060-SCOLA

In Re: Request from Paraguay Pursuant to the
Inter-American Convention on Mutual Legal
Assistance in Criminal Matters in the Matter of
Jose Maria Gonzalez Araujo

_____/

## NOTICE OF CERTIFICATION AND COMPLETION OF COMMISSION

I, J. Mackenzie Duane, Assistant United States Attorney for the Southern District of Florida, having been appointed Commissioner by order of this Court filed on September 27, 2016 for the purpose of taking evidence in accordance with the Request of the Public Prosecutor's Office, Republic of Paraguay, notify the Court I have completed the requirements of such appointment to the extent possible, and notwithstanding the possibility of future supplemental requests from the Republic of Paraguay.

Specifically, I certify that as set forth in the Request at page three and page one of the Supplemental Request of the English translation; true and correct copies of bank account records held by Jose Maria Gonzalez Araujo from Wachovia National Bank (now Wells Fargo), Itau Private Bank, and Citibank located in Miami, Florida from July 1, 2008 through December 31, 2012 obtained pursuant to that order. The request for judicial assistance has been completed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   */s/J. Mackenzie Duane*
J. Mackenzie Duane
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2017, I filed the foregoing document with the Court via CM/ECF.

/s/J. Mackenzie Duane
J. Mackenzie Duane
Assistant United States Attorney
Court No. A5502175
99 NE 4th Street, 6th Floor
Miami, FL 33132
Telephone: (305) 961-9341
Email: Mackenzie.Duane@usdoj.gov